STATE of Missouri, Respondent,

v.

Richard H. FISH, Appellant.

No. WD 37752.

Missouri Court of Appeals,
Western District.

Oct. 21, 1986.

Daniel L. Radke, Sp. Public Defender, St. Joseph, for appellant.

William L. Webster, Atty. Gen., Timothy W. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal following conviction of assault in the second degree, § 565.060, RSMo Supp. 1984, and armed criminal action. Section 571.015, RSMo 1978. The sentences were one year in the county jail for the assault charge and three years for the armed criminal action, with the sentences to run concurrently.

Judgment affirmed. Rule 84.16(b)